**No. 44516.**—Protests 933649–G, etc., of Prodexco, Ltd., et al (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Stokby* v. *United States* (4 Cust. Ct. 343, C. D. 358) it was held that

10 percent allowance should have been made for the weight of the gelatinous material in question.